# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Geneva Anna Hamilton | Case No.:21–32484–crm |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx–xx–4640 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 12/29/21. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court DISMISSING Case for failure to complete filing requirements (remaining schedules, Chapter 13 Plan, credit counseling documents and the initial 75 dollar installment payment towards debtor's fee), so ORDERED by /s/ Judge Merrill. (Pierce, M).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court. Also, if this case was dismissed for a reason not related to the fee, but the Court's filing fee has not been paid, appplications to pay the filing fee in installments may not be considered in future filings.

Dated: 12/29/21

| | |
|---|---|
| By: msp<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |